MN, ND-305
(5/94)

*filed 7-7-10*
*KM*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund</u>

Debtor: <u>BEHNKE, JAMES A.</u>

Chapter 7 Case No. <u>06-40742</u>

Please Check One:

☐ **Unclaimed Dividends**

☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Aguilar Cleaning Service<br>c/o U of M Law School/Sharp Elliott<br>229 19th Avenue South<br>#190<br>Minneapolis, MN 55455 | 24 | 7586.11 | 42.03 |

Date: <u>July 12, 2010</u>

1106457.1-TDM

/e/Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE